# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

U.S. DISTRICT COURT
EASTERN DISTRICT WI
FILED

2026 MAY 22 P 2: 11

CLERK OF COURT

Case No. **26-C-927**

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ☒Yes  ☐No

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names.)_

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    Clara-Monaye Harper
Street Address          4144 W Goodhope Rd
City and County         Milwaukee WI 53209
State and Zip Code      Milwaukee, Milwaukee
Telephone Number        414 534 9806
E-mail Address          Ciharp94@yahoo.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Defendant No. 1

Name (Bobbie) Balwinder Kaur

Job or Title *(if known)*

Street Address 377 W RiverWoods Pkwy #111

City and County Milwaukee, Milwaukee

State and Zip Code Glendale, WI 53212

Telephone Number 414 967 9321

E-mail Address *(if known)* balwinder.kaur@freseniusmedicalcare.com

Defendant No. 2

Name Latrece

Job or Title *(if known)* Dialysis Nurse

Street Address 377 W RiverWoods Pkwy #111

City and County Glendale, Milwaukee

State and Zip Code Glendale, WI, 53212

Telephone Number 414 967 9321

E-mail Address *(if known)*

Defendant No. 3

Name Brianna

Job or Title *(if known)* Dialysis Tech

Street Address 377 W Riverwoods Pkwy #111

City and County Glendale, Milwaukee

State and Zip Code Glendale WI 53212

Telephone Number 414 967 9321

E-mail Address *(if known)*

Defendant No. 4

Name Ashley

Job or Title *(if known)* Dialysis Nurse

Street Address 377 W Riverwoods Pkwy #111

City and County Glendale, Milwaukee

State and Zip Code Glendale WI 53212

Telephone Number 414 967 9321

E-mail Address *(if known)*

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name Fresenius Medical Care

Street Address 377 W Riverwoods Pkwy #111

City and County Glendale, Milwaukee

State and Zip Code ~~mn~~ Glendale WI 53212

Telephone Number 414 967 9321

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:

Pump for Nursing Mothers Act (2022);

☒ Relevant state law *(specify, if known)*:

Wisconsin Fair Employment Act

☐ Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

April 11th, 2024

C.    I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows. Attach additional pages if needed.

Was told by nurse I could not pump any more, after I stated it was illegal to tell me that I was not accommodated extra breaks, I was restricted on time of breaks & nurse timed me on said breaks. Was told by trainer to clock in after bathroom breaks which resulted to late days & was written up. Hostile work environment created by FA, Dialysis nurse & trainer (Dialysis tech). Emotional distress due to lack of milk production, stress and retaliation.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

June 2024

B.      The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* _____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

loss of wages, seeking compensation

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     05/22/2024

Signature of Plaintiff     _____

Printed Name of Plaintiff     Ciara-Monaye Harper

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____